HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>vs.<br><br>ERIC PAUL NELSON,<br><br>Defendant(s). | Case No.  CR15-162 RAJ<br><br>ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT'S SUPPRESSION HEARING |

THIS MATTER comes before the Court on Defendant's Motion to Set Briefing Schedule regarding the suppression hearing scheduled for January 29, 2016 at 10:00 a.m.

The Court has considered the materials filed by the defendant and the government, and the records and files in this matter.

Now therefore, it is hereby ORDERED that the briefing schedule for defendant's suppression motion shall be as follows:

1. Defendant's Memorandum in Support of his Motion to Suppress is due on January 8, 2016 by 4:00 p.m.;

2. The government's Response is due on January 22, 2016 by 4:00 p.m.;

3. Defendant's Reply is due on January 27, 2015 by noon; and

4. The hearing on the motion to suppress remains scheduled for January 29, 2016 at 10:00 a.m.

DATED this 1st day of December, 2015.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 1
[CASE NO. CR15-162 RAJ]