Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ERIC PAUL NELSON, <br><br> Defendant. | NO.   CR15-162RAJ <br><br> ORDER GRANTING LEAVE TO FILE OVERLENGTH BRIEF |

The Court, having considered the United States' Motion for Leave to File Overlength Brief, and finding good cause, it is hereby

ORDERED that the Motion (Dkt. #42) is GRANTED.  The United States may file a response to Defendant's Motion to Suppress (Dkt. #36) in excess of 12 pages, but no more than 25 pages.

DATED this 25th day of January, 2016.

_____
The Honorable Richard A. Jones
United States District Judge

Order Granting Leave to File Overlength Brief
*United States v. Nelson*
CR15-162RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970