Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-162RAJ |
| Plaintiff, | |
| v. | ORDER TO SEAL DOCUMENT |
| ERIC PAUL NELSON, | |
| Defendant. | |

Having considered the Government's Motion to Seal and because of the sensitive information contained within the Defendant's Presentence Report,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #39) is GRANTED.  Defendant's presentence report from Cause Number CR95-854RAJ, filed under seal under Dkt. #40 as Exhibit A to the Government's Response to Defendant's Motion to Suppress, shall remain sealed.

DATED this 25th day of January, 2016.

*signature*

The Honorable Richard A. Jones
United States District Judge

Order to Seal Document
*United States v. Eric Paul Nelson*, CR15-162RAJ - Page 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970