Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC PAUL NELSON,<br><br>Defendant. | NO. CR15-162RAJ<br><br>ORDER TO SEAL DOCUMENT |

Having considered the Government's Motion to Seal and because of the sensitive information contained within the Defendant's Presentence Report,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #62) is GRANTED.  Defendant's presentence report from Cause Number CR95-854RAJ, filed under seal as Exhibit A to the Government's Sentencing Memorandum, shall remain sealed.

DATED this 5th day of May, 2016.

_____
The Honorable Richard A. Jones
United States District Judge

Order to Seal Document
*United States v. Eric Paul Nelson*, CR15-162RAJ - Page 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970